UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-430 |
| | § | |
| COMPANION PROPERTY AND | § | |
| CASUALTY INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Having received no response from Plaintiff to the Court's February 9, 2017 Order (Dkt. No. 14), the Court hereby **ORDERS** that all of Plaintiff's claims against Defendants in this action are **DISMISSED** with prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (district court *sua sponte* may dismiss action for failure to prosecute or to comply with any court order).

SO ORDERED this 3rd day of March, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge